IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOHN THOMPSON and LEIGH ANN THOMPSON, Individually and on Behalf of All Others Similarly Situated, | * | |
| | * | Case No.  5:14-CV-32-MTT |
| Plaintiffs, | * | |
| v. | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| Defendant. | | |

| | | |
|---|---|---|
| TONYA LONG and JASON LONG, individually and on behalf of all those similarly situated, | * | |
| | * | |
| Plaintiffs, | | Case No.  5:17-CV-28-MTT |
| v. | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | | |

## **J U D G M E N T**

Pursuant to the Order of this Court dated January 14, 2019, and for the reasons stated therein, JUDGMENT is hereby entered certifying the Settlement Class, approving the Settlement Agreement, and dismissing the Settlement Class Members' claims with prejudice as to Defendant State Farm Fire and Casualty Company. JUDGMENT is also entered awarding Plaintiffs attorneys' fees in the amount of $6.7 million. Incentive awards shall be paid in the amount of $10,000 to John and Leigh Ann Thompson ($5,000 each) and $5,000 to Tonya and Jason Long ($2,500 each) as Class Representatives.

This 16th day of January, 2019.

                              David W. Bunt, Clerk

                              s/ Amy N. Stapleton, Deputy Clerk